# EXHIBIT B

**Patent Claims Analysis**
**of**
**US10721542: "Method and device for providing a main content and an extra content to a user through reference item"**

**against**
**Panasonic TV**

# US10721542B2
United States

| | |
|---|---|
| Inventor | Ruiz Rodriguez Ezequiel |
| Current Assignee | Naxos Finance SA |

Worldwide applications

2012 ES CN US EP KR WO

| 14/396,843 | is a National Stage Entry of | PCT/EP2012/057644 | 04/26/2012 | Published |
|---|---|---|---|---|

| Total patentTerm Adjustments |
|---|
| 0 |

CLAIMS

1. A method for providing a main content and an extra content to a user, said method comprising:

   receiving a specific main content and metadata from a first source and displaying said specific main content on a first device, wherein said metadata and said specific main content are broadcasted together from the first source, and wherein said metadata links said specific main content with an extra content;

   forwarding said metadata to a second device, wherein:

   the forwarding of said metadata is executed by scanning said metadata by said second device,

   the second device receives said extra content from a second source, and

   said specific main content is displayed on said first device while said extra content is displayed on said second device;

   wherein the extra content changes in correspondence to a change of the specific main content;

   wherein the first source is different from the second source;

   wherein, when the extra content is selected, the extra content does not change even if the specific main content is changing, and any new extra content, which correlates to the changing specific main content, is delayed from being displayed on the second device until such time as a confirmation or input is received at the second device from the first device, and

   wherein the confirmation or input is initially received at a command key of the first device, which is displaying the specific main content, such that the first device's command key, when selected, provides the confirmation or input and further causes the second device to display the new extra content.

| Row | Claim Element | Contention |
|---|---|---|
| 1.0 | 1. A method for providing a main content and an extra content to a user, said method comprising: | *Panasonic TV* has a method for providing a main content and an extra content to a user.<br><br><https://www.panasonic.com/us/consumer/televisions-learn/televisions/how-to-cast-your-phone-to-your-panasonic-tv.html> @ 2024 |
| 1.1 | receiving a specific main content and metadata from a first source and displaying said specific main content on a first device, wherein said metadata and said specific main content are broadcasted | Plaintiff contends that *Panasonic TV* receiving a **specific main content [video on "Phone"]** and **metadata [data about "VIERA model number"]** from a **first source [media on "Phone"]** and displaying said **specific main content [video on "Phone"]** on a **first device ["Phone"]**, wherein said **metadata [data about "VIERA model number"]** and said **specific main content [video on "Phone"]** are broadcasted together from the **first source [media on "Phone"]**, and wherein said **metadata [data about "VIERA model number"]** links said **specific main content [video on |

| | | |
|---|---|---|
| | together from the first source, and wherein said metadata links said specific main content with an extra content; | **"Phone"]**with an **extra content [video on "Panasonic TV"]**.<br><br>For example, a Panasonic TV receives a video and information about its VIERA model number from a phone. The video is displayed on the phone, while the VIERA model information helps the Panasonic TV link and play the corresponding video on the TV.<br><br><br><https://www.panasonic.com/us/consumer/televisions-learn/televisions/how-to-cast-your-phone-to-your-panasonic-tv.html> @ 2024 |
| 1.2 | forwarding said metadata to a second device, wherein: | *Plaintiff contends that Panasonic TV forwarding said metadata [data about "VIERA model number"] to a second device ["Panasonic TV"].*<br><br>*For example, a Panasonic TV forwards the VIERA model number information to another Panasonic TV.* |

|     |     |     |
| --- | --- | --- |
|     |     |  <https://www.panasonic.com/us/consumer/televisions-learn/televisions/how-to-cast-your-phone-to-your-panasonic-tv.html> @ 2024 |
| 1.3 | the forwarding of said metadata is executed by scanning said metadata by said second device, | *Plaintiff contends that* Panasonic TV *the forwarding of said* **metadata [data about "VIERA model number"]** *is executed by scanning said* **metadata [data about "VIERA model number"]** *by said* **second device ["Panasonic TV"]**.<br><br>*For example, the Panasonic TV forwards the VIERA model number information by first scanning it itself.* |

| | | |
|---|---|---|
| | |  <https://www.panasonic.com/us/consumer/televisions-learn/televisions/how-to-cast-your-phone-to-your-panasonic-tv.html> @ 2024 |
| 1.4 | the second device receives said extra content from a second source, and | Plaintiff contends that Panasonic TV the **second device ["Panasonic TV"]** receives said **extra content [video on "Panasonic TV"]** from a **second source [media on "Panasonic TV"]**.<br><br>For example, the Panasonic TV receives a video from a media source and plays it on the TV. |



<https://www.panasonic.com/us/consumer/televisions-learn/televisions/how-to-cast-your-phone-to-your-panasonic-tv.html> @ 2024

| | | |
|---|---|---|
| | | <https://www.panasonic.com/us/consumer/televisions-learn/televisions/how-to-cast-your-phone-to-your-panasonic-tv.html> @ 2024 |
| 1.5 | said specific main content is displayed on said first device while said extra content is displayed on said second device; | *Plaintiff contends that Panasonic TV said **specific main content** [video on "Phone"] is displayed on said **first device** ["Phone"] while said **extra content** [video on "Panasonic TV"] is displayed on said **second device** ["Panasonic TV"].*<br><br>*For example, the video is displayed on the phone while the same video is shown on the Panasonic TV at the same time.* |



<https://www.panasonic.com/us/consumer/televisions-learn/televisions/how-to-cast-your-phone-to-your-panasonic-tv.html> @ 2024

| | | |
|---|---|---|
| | | <https://www.panasonic.com/us/consumer/televisions-learn/televisions/how-to-cast-your-phone-to-your-panasonic-tv.html> @ 2024 |
| 1.6 | wherein the extra content changes in correspondence to a change of the specific main content; | ***Plaintiff contends that Panasonic TV wherein the extra content [video on "Panasonic TV"] changes in correspondence to a change of the specific main content [video on "Phone"].***<br><br>*For example, when the video on the phone changes, the video on the Panasonic TV changes to match it.* |

| | | |
|---|---|---|
| | | <https://www.panasonic.com/us/consumer/televisions-learn/televisions/how-to-cast-your-phone-to-your-panasonic-tv.html> @ 2024 |
| 1.7 | wherein the first source is different from the second source; | Plaintiff contends that Panasonic TV wherein the **first source [media on "Phone"]** is different from the **second source [media on "Panasonic TV"]**.<br><br>For example, the media playing on the phone is different from the media playing on the Panasonic TV. |

| | | |
|---|---|---|
| | | <https://www.panasonic.com/us/consumer/televisions-learn/televisions/how-to-cast-your-phone-to-your-panasonic-tv.html> @ 2024 |
| 1.8 | wherein, when the extra content is selected, the extra content does not change even if the specific main content is changing, and any new extra content, which correlates to the changing specific main content, is delayed from being displayed on the second device until such time as a confirmation or input is received at the second device from the first device, and | *Plaintiff contends that* Panasonic TV *wherein, when the* **extra content [video on "Panasonic TV"]** *is selected, the* **extra content [video on "Panasonic TV"]** *does not change even if the* **specific main content [video on "Phone"]** *is changing, and any new* **extra content [video on "Panasonic TV"]**, *which correlates to the changing* **specific main content [video on "Phone"]**, *is delayed from being displayed on the* **second device ["Panasonic TV"]** *until such time as a* **confirmation or input ["Confirm on Your Panasonic TV"]** *is received at the* **second device ["Panasonic TV"]** *from the* **first device ["Phone"]**.<br><br>*For example, when a video is selected on the Panasonic TV, it stays the same even if the video on the phone changes. A new video on the Panasonic TV, related to the changing video on the phone, will not appear until a "Confirm on Your Panasonic TV" message is sent from the phone to the TV.* |





<https://www.panasonic.com/us/consumer/televisions-learn/televisions/how-to-cast-your-phone-to-your-panasonic-tv.html> @ 2024



<https://www.panasonic.com/us/consumer/televisions-learn/televisions/how-to-cast-your-phone-to-your-panasonic-tv.html> @ 2024

| | | |
|---|---|---|
| | | Select "MIRRORING" in "Network settings" menu and press ■ button.<br><br>Set each item in "MIRRORING".<br><br>| "Autonomous group owner" | Sets the display to be or not to be the autonomous group owner via Intel® WiDi / Intel® Pro WiDi / Miracast connection. Once the display is set to be the autonomous group owner, "Managed meetings" or "Channel" can be selected. |
|---|---|
| "On" | Sets the display to be the autonomous group owner. |
| "Off" | Sets the display not to be the autonomous group owner. |
| "Managed meetings" | Enables / disables the managed meeting of Intel® WiDi or Intel® Pro WiDi. |
| "On" | Enables the managed meeting. |
| "Off" | Disables the managed meeting. |
| "Channel" | Selects the communication channels used by Intel® WiDi / Intel® Pro WiDi / Miracast. |
| "Connection type" | Selects the connection type for the MIRRORING function. |
| "PIN" | A PIN (8-digit number) will be displayed in the idle screen of the MIRRORING function, and then makes connection by entering the PIN on the device. |
| "Auto" | If the PIN connection is supported on the device, do the PIN connection. If it is not supported, do the connection without a PIN. |
| "Lower bandwidth mode" | Enables / disables the lower bandwidth mode of Intel® WiDi or Intel® Pro WiDi. |
| "Off" | Disables the lower bandwidth mode. |
| "On" | Enables the lower bandwidth mode. The bit rate will decrease, and the image quality will reduce. |<br><br>Select "Save" and press ■ button.<br>Save the MIRRORING settings.<br><https://pna-b2b-storage-mkt.s3.amazonaws.com/production/236189_bf1uew_no_manual_en.pdf> @ 2018 |
| 1.9 | wherein the confirmation or input is initially received at a command key of the first device, which is displaying the specific main content, such that the first device's command key, when selected, provides the confirmation or input and further causes the second device to display the new extra content. | *Plaintiff contends that Panasonic TV wherein the confirmation or input ["Confirm on Your Panasonic TV"] is initially received at a command key ["PIN (8-digit number)"] of the first device ["Phone"], which is displaying the specific main content [video on "Phone"], such that the first device ["Phone"]'s command key ["PIN (8-digit number)"], when selected, provides the confirmation or input ["Confirm on Your Panasonic TV"] and further causes the second device ["Panasonic TV"] to display the new extra content [video on "Panasonic TV"].*<br><br>*For example, the "Confirm on Your Panasonic TV" message is first received by the phone, which is displaying the video. When the phone's 8-digit PIN is entered, it sends the confirmation to the Panasonic TV, allowing the TV to display the new video.* |



<https://www.panasonic.com/us/consumer/televisions-learn/televisions/how-to-cast-your-phone-to-your-panasonic-tv.html> @ 2024



<https://www.panasonic.com/us/consumer/televisions-learn/televisions/how-to-cast-your-phone-to-your-panasonic-tv.html> @ 2024

| | | |
|---|---|---|
| | | <https://pna-b2b-storage-mkt.s3.amazonaws.com/production/236189_bf1uew_no_manual_en.pdf> @ 2018 |
| | | ● *TARGET = Panasonic TV*<br><br>● *first device = "Phone"*<br>● *second device = "Panasonic TV"*<br>● *first source = media on "Phone"*<br>● *second source = media on "Panasonic TV"*<br>● *specific main content = video on "Phone"*<br>● *extra content = video on "Panasonic TV"*<br>● *metadata = data about "VIERA model number"*<br>● *confirmation or input = "Confirm on Your Panasonic TV"*<br>● *command key = "PIN (8-digit number)"* |